# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CR616-008 |
| WILLIAM BUGGS, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Application for leave of absence has been requested by D. Robert Busbee for the periods of Wednesday, September 14, 2016 through and including Sunday, September 18, 2016; and Friday, November 18, 2016 through and including Sunday, November 27, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  24th  day of August, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA